IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   4:23-CR-30139-SMY-1 |
| | ) |
| JAVEON J. DOWELL, | ) |
| | ) |
|     Defendant. | ) |

**MEMORANDUM AND ORDER**

    This case is before the Court for consideration of the Government's motion pursuant to 18 U.S.C.§§ 3613(a) and 3664(n), requesting the Court to enter an order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary penalty imposed in this case (Doc. 30). Defendant responded in opposition to the motion (Doc. 32).

    As set forth in the Government's motion, the Bureau of Prisons maintains in its possession, custody, or control, $1,135.50 in encumbered funds belonging to the defendant that are currently in the defendant's trust account. **The defendant is jointly and severally liable for the full judgment amount of $11,376.33 (Doc. 27).**

    Based on the authority cited by the Government, the motion is **GRANTED**. The Bureau of Prisons is **AUTHORIZED** to turnover to the Clerk of Court, and the Clerk of Court shall accept funds in the amount of $1,135.50 currently held in the trust account for the following inmate:

    Javeon J. Dowell
    Reg. No. 87090-510
    FCI Mendota
    P.O. Box 9
    Mendota, CA   93640

    The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case.

     Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

**DATE: April 15, 2025**

**STACI M. YANDLE**
**United States District Judge**